REGAL DISTRIBUTING CORPORATION and KAYART THEATRES CORPORATION, Respondents, v. GAUMONT BRITISH PICTURE CORPORATION OF AMERICA, GAUMONT BRITISH PICTURE CORPORATION, LTD. (a Foreign Corporation), and ARTHUR A. LEE, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

CORAL GABLES, INC., Appellant, v. FRED P. MOTZ, Respondent.— Judgment and orders, so far as appealed from, reversed, without costs, and the motion to dismiss the complaint denied, on condition that plaintiff produce its vice-president for examination before trial, as heretofore ordered, within sixty days from the date of entry of the order to be entered hereon. No opinion. Settle order on notice. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.; Dore and Cohn, JJ., dissent and vote to affirm.

ALFRED B. KRONOVET, as Assignee for the Benefit of Creditors of EVEREADY SPRING PRODUCTS CORPORATION, Respondent, v. JOSEPH ARONAUER, INC., and Others, Defendants, and CHARLES FLEISCHER, Appellant.— Order unanimously modified by striking out items 1, 4, 5 and 7 of the notice of examination, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. The date for the examination to proceed to be fixed on the order. No opinion. Settle order on notice. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

ARLINGTON FROCKS, INC., Respondent, v. ELIZABETH WALDBURGER and ERNEST R. J. WALDBURGER, Copartners Trading under the Firm Name and Style of WALDBURGER & HUBER, Appellants.— Order so far as appealed from unanimously modified by granting items 9, 10, 11, 13 and 15 of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. As to item 9, plaintiff need state only the approximate dates. As to item 10, plaintiff need not furnish particulars in respect to plaintiff's contracts with customers. Bill of particulars to be served within ten days after service of a copy of the order with notice of entry thereof. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

MARIA FELIX, as Administratrix ad Prosequendum, etc., of ANTONIO FELIX, Deceased, and as Administratrix, etc., of ANTONIO FELIX, Deceased, Respondent, v. CONGOLEUM-NAIRN, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

BELLE MANNING, Appellant, Respondent, v. ROBERT MANNING, Respondent, Appellant.— Orders entered April 16, 1938, and on or about October 25, 1938, unanimously affirmed, without costs. Appeal from order entered on or about July 8, 1938, dismissed, without costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.